IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHURCH OF FAITH, HOPE, AND CHARITY OUTREACH MINISTRIES, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 1:15-CV-886-WKW<br>) |
| HARTFORD CASUALTY INSURANCE COMPANY, | )<br>)<br>) |
| Defendant. | ) |

## **ORDER**

On March 16, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 24.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is REMANDED to the Circuit Court of Houston County, Alabama.

The Clerk of the Court is DIRECTED to effectuate the remand.

DONE this 1st day of May, 2017.

                                      /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE